In the Matter of BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF GLEN COVE, Appellant, v. CITY COUNCIL OF THE CITY OF GLEN COVE, Respondent.—

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur. [59 Misc 2d 784.]